UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GEORGE REELS,** | Civil Action No. 16-210 (MCA) |
| *Plaintiff,* | |
| v. | |
| **LIBERTY MUTUAL INSURANCE,** | **ORDER** |
| *Defendant.* | |

**THIS MATTER** having come before the Court by way of Plaintiff George Reel's motion to remand this case to the Superior Court of New Jersey, Passaic County, Law Division, Dkt. No. 3; and it appearing that the Honorable Michael A. Hammer issued a Report and Recommendation dated April 20, 2016, Dkt. No. 5, in which Judge Hammer recommended that this Court deny Defendant's motion to remand; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Hammer's Report and Recommendation

**IT IS** on this 6th day of May, 2016,

**ORDERED** that Judge Hammer's Report and Recommendation dated April 20, 2016, Dkt. No. 5, is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's motion to remand is **DENIED,** Dkt. No. 3.

*/s Madeline Cox Arleo*_____
**Hon. Madeline Cox Arleo**
**United States District Judge**